PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Albert Bryndza

Cr.: 08-516 (FLW)
PACTS Number: 42301

Name of Sentencing Judicial Officer: The Honorable Robert N. Chatigny, Chief U. S. District Judge
Jurisdiction Transferred on 07/22/08 to: The Honorable Freda Wolfson, U.S. District Judge

Date of Original Sentence: 9/10/07

Original Offense: Conspiracy to commit criminal copyright infringement

Original Sentence: 3 years probation, six months home confinement, $7,500 fine at the rate of $250 per month, financial disclosure, 120 hours of community service at the rate of 10 per month

Type of Supervision: Probation                    Date Supervision Commenced: 09/10/07

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall submit to an initial inspection by the probation office, and to any unannounced examinations during supervision, of the defendant's computer equipment. The defendant shall allow the installation on the defendant's computer of any hardware or software systems which monitor computer use. The defendant shall abide by the standard conditions of computer monitoring that have been adopted by this court.

## CAUSE

Bryndza has been convicted of conspiracy to commit copyright infringement. This offense involved the offender building and operating the server that was used to download and share pirated copies of copyrighted work. This conduct occurred over several years, specifically, from 1999 through 2004 As such, the Probation Office should monitor Byndza's personal computer to insure the safety of the community.

Respectfully submitted,

By: Karen L.Merrigan
        U.S. Probation Officer
Date: 8/5/08

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
8/21/08
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall submit to an initial inspection by the probation office, and to any unannounced examinations during supervision, of the defendant's computer equipment. The defendant shall allow the installation on the defendant's computer of any hardware or software systems which monitor computer use. The defendant shall abide by the standard conditions of computer monitoring that have been adopted by this court.

Witness: _____
U.S. Probation Officer
Karen L. Merrigan

Signed: _____
Probationer or Supervised Releasee
Albert Bryndza

_____
8/18/08
DATE